UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
January 29, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JEREMIAH URCH, ) <br> ) <br> Defendant. ) | Case No. 2:07MJ00021-GGH <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JEREMIAH URCH__ , Case No. __2:07MJ00021-GGH__ , Charge __18USC § 1029__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)    __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __January 29, 2007__ at __2:00 pm__ .

                                       By   /s/ Gregory G. Hollows
                                              Gregory G. Hollows
                                              United States Magistrate Judge

Copy 5 - Court